# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF GEORGIA *ex rel.* MASON LOCKLEAR, <br><br> Plaintiffs, <br><br> v. <br><br> MEDIXX TRANSPORT, LLC <br><br> Defendant. | Civil Action No. 6:17-CV-139-JRH-GRS |

## THE GOVERNMENT'S CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(b), the United States and the State of Georgia (the "Government"), by and through the undersigned counsel, hereby consent to Relator Mason Locklear's voluntary dismissal (Doc. 11) without prejudice to the rights and interests of the Government.

[signatures on following page]

This 16th day of July, 2018.

    Respectfully submitted,

    BOBBY L. CHRISTINE
    UNITED STATES ATTORNEY

    */s/ Jonathan A. Porter*

    JONATHAN A. PORTER
    Assistant United States Attorney
    Georgia Bar No. 725457
    U.S. Attorney's Office
    Post Office Box 8970
    Savannah, Georgia 31412
    Telephone: (912) 652-4422
    Email: Jonathan.Porter@usdoj.gov


    CHRISTOPHER M. CARR
    ATTORNEY GENERAL
    STATE OF GEORGIA

    */s/ James P. Mooney*

    JAMES P. MOONEY
    Assistant Attorney General
    Georgia Bar Number 940402
    200 Piedmont Avenue, S.E.
    West Tower – 19th Floor
    Atlanta, Georgia 30334
    P: (404) 656-5242
    jmooney@law.ga.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 16th day of July, 2018.

/s/ *Jonathan A. Porter*

JONATHAN A. PORTER
Assistant United States Attorney
Southern District of Georgia